


Myrna Hubbard
3000 Howe Ave. Apt 19
Sacramento, CA. 95821
916-921-6069

FILED
DEC 0 3 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF CALIFORNIA

Myrna Hubbard    Pro Se

    Plaintiff

2:07 - CV - 2585 GEB JFM PS

Vs

Donald Trump        Defendant

## COMPLAINT

Plaintiff and her son Sidney Hubbard were attacked by Folsom State Prison Correctional Officers, Donald Trump and others. Sidney Hubbard is incarcerated at Folsom State Prison and was brought to Crossland Motel in Rancho Cordova where I was staying, approximately January 25, 2007 against his will; Mr. Sidney Hubbard kept asking the correctional officers to take him back to his cell at Folsom. A black man standing with Donald Trump walked up to Mr. Sidney Hubbard shot him with a hand gun 3 times in the buttocks, punched and knocked him down, Mr. Sidney Hubbard was handcuffed standing defenselessly. Plaintiff Myrna Hubbard was spit on by Donald Trump punched in face causing front tooth to be knocked loose and her hair was pulled out in the back by another attacker at the scene. Plaintiff is asking court to have Donald Trump to pay her 4 million dollars in monetary damages. Plaintiff and her son Sidney Hubbard are victims.

My half sister Donna Mobley and her husband Leonard Mobley told their friends that I was laying up with my nieces, their daughters. My half sister and her husband lied on me. I am not gay or lesbian, I don't use drugs and I am not a whore or prostitute. I moved back to Sacramento to help my son with his case. There is nothing about my nieces that I want to have sex with, My son was accused and convicted of stealing $20.00 out of a 7/11 store and given a double life sentence. The audio and video tape from the 7/11 store that would have cleared him was lost by the Sheriff's Dept. before he went to trial.

I managed to get my son and me inside the motel room at Crossland motel and we were attacked again by the defendant and others inside my motel room.

*Myrna Hubbard*
*December 3, 2007*

1

My sister's husband is a drug dealer hustler from East Palo Alto, he also works on cars. The transmission went out in my car and I was talking with my half sister's mother about Sidney Hubbard's case and my car breaking down at the most inopportune time like this. My half sister's mother said that she would call Leonard Mobley have him pick my car up and see if he could save me some money on my transmission. I was not expecting him to run a hustle on me and get my son and me beatup.

I had never met Donald Trump or his friends before that night. My son is being beatup and threatened by inmates and correctional officers at Folsom because of that lie that was put out on me. I am a former flight attendant for United Airlines, I was a licensed real estate sales person licensed from 1986 to 2006, I am not a licensed Real Estate broker effective June 21, 2006. My career as a broker has been damaged by the lies. I am suing Donald Trump for slander, defamation of character, stalking and assault.

The lies regarding my nieces started when I moved to Sacramento from Atlanta Georgia July of 1999. I lived with Donna Mobley and Leonard Mobley briefly, I worked the midnight shift at Apple Computer, on the assembly line, Apple Computer is located on Laguna Blvd in Elk Grove. I slept during the day on a couch in the front room that let out into a bed.

One morning Walter Mobley, Donna Mobley's middle daughter, my niece, woke me up she was sitting on the edge of the bed crying. She said that she did not feel good because the kids at school were being mean to her and laughing at her she had tears in her eyes crying. I hugged Walter Mobley and Donna Mobley walked through the front door and told Walter Mobley to come on she had to go back to school, Walter was 11 years old at the time. Years later I find out that Donna Mobley had been telling people that she caught Myrna her sister and Walter in the bed together, hinting that I was having sex with my 11 year old niece. I was involved with a man I had met at work and I brought him by to meet my sister and her husband 3 times. There was nothing about my niece that I wanted to have sex with, my sister, Donna Mobley jumped to a horribly wrong conclusion.

The Plaintiff Myrna Hubbard and her son Sidney Hubbard are victims. Plaintiff is asking courts to pay monetary damages of 4 million dollars. Donald Trump never should have been there attacking me behind a lieing drug dealer and hustler like Leonard Mobley.

*Myrna Hubbard*
December 3, 2007