1
2
3
4
5
6
7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10  MYRNA HUBBARD,

11          Plaintiff,                    No. CIV S-07-2585 GEB JFM PS

12      vs.

13  DONALD TRUMP,

14          Defendants.                   FINDINGS & RECOMMENDATIONS

15  _____/

16          By order filed December 7, 2007, plaintiff's complaint was dismissed and thirty

17  days leave to file an amended complaint was granted.  The thirty day period has now expired, and

18  plaintiff has not filed an amended complaint or otherwise responded to the court's order.

19          IT IS HEREBY RECOMMENDED that this action be dismissed without

20  prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

21          These findings and recommendations are submitted to the United States District

22  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days

23  after being served with these findings and recommendations, plaintiff may file written objections

24  with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

25  and Recommendations."  Plaintiff is advised that failure to file objections within the specified

26  /////

1

1 | time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153
2 | (9th Cir. 1991).
3 | DATED: January 17, 2008.

                                      UNITED STATES MAGISTRATE JUDGE

7 | 001; hubbard.fta