IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MYRNA HUBBARD,

    Plaintiff,                    2:07-cv-2585-GEB-JFM-PS

    vs.

DONALD TRUMP,

    Defendant.                <u>ORDER</u>

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On January 18, 2008, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed January 18, 2008, are adopted in full;

1

1         2. This action is dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R.
2 Civ. P. 41(b).

3 Dated: February 19, 2008

5                             GARLAND E. BURRELL, JR.
6                             United States District Judge